# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Docket Number :

__Mousa Khouli__
**Defendant.**

Judge :

Date :

PLEASE NOTICE, that I have been RETAINED by __Mousa Khouli__ the above named defendant.   I was admitted to practice in this district on __2006/ 1973  3/23/71__

**Signature :** _Katie Lacuter_

**Print Name :** _Katie Lacuter / Elliot Sagor_

**Bar Code :** _KL7997 / ES 3012_

**Office Address :** _Hogan + Hartson LLP 875 Third Avenue New York, NY 10022_

**Telephone # :** _212 918 3000_

*** NOTICE TO ATTORNEY***

   **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

   **Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice.  (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)