WMN:KO
F.#2009R00637

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MOUSA KHOULI,
    also known as
    "Morris Khouli,"

        Defendant.

U N S E A L I N G
O R D E R

M-09-888

- - - - - - - - - - - - - - - - - -X

       Upon the application of BENTON J. CAMPBELL, United

States Attorney for the Eastern District of New York, by

Assistant United States Attorney Karin Orenstein, for an order

unsealing the complaint and arrest warrant in the above-captioned

matter.

       WHEREFORE, it is ordered that the complaint and arrest

warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
        December 16, 2009

                     ᴛ
                     EASTERN DISTRICT OF NEW YORK