# Hogan Lovells

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
elliot.sagor@hoganlovells.com
D (212 918-3641

July 18, 2011

Hon. Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: USA v. Khouli et al, Case No. 11cr0340

Dear Judge Korman:

We write to be removed from the docket in the above-referenced case because we do not represent defendant Morris Khouli. We previously represented Mr. Khouli in connection with an earlier matter. We understand we must write to Your Honor in order to be removed from the ECF docket. Accordingly, we respectfully request that Elliot G. Sagor and Katie Lachter be removed from the ECF docket and this letter request be so ordered by Your Honor.

Respectfully submitted,

Elliot G. Sagor

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb

\\\NY - 025877/000001 - 2330693 v1