Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
elliot.sagor@hoganlovells.com
D (212 918-3641

July 18, 2011

Hon. Edward R. Korman
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 21 2011 ★

BROOKLYN OFFICE

Re:  USA v. Khouli et al, Case No. 11cr0340

Dear Judge Korman:

We write to be removed from the docket in the above-referenced case because we do not represent defendant Morris Khouli. We previously represented Mr. Khouli in connection with an earlier matter. We understand we must write to Your Honor in order to be removed from the ECF docket. Accordingly, we respectfully request that Elliot G. Sagor and Katie Lachter be removed from the ECF docket and this letter request be so ordered by Your Honor.

Respectfully submitted,

Elliot G. Sagor

Order

The application is granted.

s/Edward R. Korman
USDJ
7/20/11

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb
\\NY - 025877/000001 - 2330693 v1