AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-cr-00340 (ERK) |
| Mousa Khouli, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mousa Khouli

Date:   07/21/2011

*Attorney's signature*

Gerald L. Shargel  1068915
*Printed name and bar number*

570 Lexington Ave., 45th Floor
New York, NY 10022
*Address*

gshargel@shargellaw.com
*E-mail address*

(212) 446-2323
*Telephone number*

(212) 446-2330
*FAX number*