

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO
F.#2009R00637

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

August 17, 2011

By Fax and ECF

Gerald L. Shargel, Esq.
Ross M. Kramer, Esq.
Law Offices of Gerald L. Shargel
570 Lexington Avenue, 45th Floor
New York, New York 10022

       Re:  United States v. Mousa Khouli, et al.
            Criminal Docket No. 11-340 (ERK)

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure the government hereby furnishes the following additional discovery with respect to the above-referenced case. This letter supplements the discovery letters of August 11, 2011 and August 12, 2011.  The government reiterates its request for reciprocal discovery.

The Defendants' Statements

     Enclosed please find redacted reports of statements made by your client to law enforcement agents on September 8, 2011 and October 22, 2009.  These documents bears Bates numbers MK 0000001-13.

If you have any questions or further requests, please do not hesitate to contact me.

>Very truly yours,
>
>LORETTA E. LYNCH
>United States Attorney
>
>By:   /s/ Karin K. Orenstein
>     Karin K. Orenstein
>     Assistant U.S. Attorney
>     (718) 254-6188

Enclosures

cc: Clerk of Court (ERK) (w/o enclosures)