# MINTZ LEVIN

**Bridget M. Rohde** | 212 692 6883 | bmrohde@mintz.com

Chrysler Center
666 Third Avenue
New York, NY  10017
212-935-3000
212-983-3115 fax
www.mintz.com

October 25, 2011

**BY ECF**
The Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>United States v. Khouli, et al., Cr. No. 11-340  (ERK)(SMG)</u>

Dear Judge Korman:

    We respectfully request that the next status conference, set for November 4, 2011 at 3:00 p.m., be adjourned to November 17 at 11:00 a.m.  Mr. Chavkin and I will be out of town on November 4.  Counsel listed below have indicated that they are available on November 17 at 11:00 a.m.

    We note that Mr. Lewis would not be available on this date and respectfully ask that his appearance be waived.  We make this request given the availability of all counsel and our hope to reschedule the status conference in the near term.

                              Respectfully Submitted,

                                Bridget M. Rohde

.
      **BY ECF**
cc:  AUSA Karin Orenstein
      Gerald Shargel, Esq.
      Ross Kramer, Esq.
      Henry Mazurek, Esq.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON | ISRAEL

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

June 6, 2011
Page 2

5419244v.1