**GERALD L. SHARGEL**

LAW OFFICES

GERALD L. SHARGEL
ROSS M. KRAMER
EVAN L. LIPTON

570 LEXINGTON AVE., 45TH FLOOR
NEW YORK, NEW YORK 10022
TEL: 212.446.2323
FAX: 212.446.2330
info@shargellaw.com

November 4, 2011

Honorable Edward R. Korman
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: <u>United States v. Khouli, et al., Cr. No. 11-340 (ERK)</u>

Dear Judge Korman:

  We respectfully request that Mousa Khouli be excused from appearing at the status conference scheduled for November 17, 2011. Mr. Khouli has plans to be in Baltimore, Maryland to attend a coin show from November 16 to November 20, 2011. As an antiquities dealer, Mr. Khouli's livelihood depends on his ability to attend coin shows and other similar events. Therefore, we respectfully ask that Mr. Khouli's appearance at the conference be waived, so that he may attend to his business obligations.

Respectfully Submitted

*[signature]*

Gerald L. Shargel