UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

        NOTICE OF CHANGE OF ADDRESS

v.

        11-CR-00340 (ERK)(SMG)

KHOULI, ET AL.,
                Defendant(s)

---------------------------------------------------------X

      GERALD L. SHARGEL an attorney duly admitted to practice law in this Court, respectfully notifies the Court of the following change of address:

_G. Shargel / EVL_
Gerald L. Shargel
1790 Broadway, Ste. 1501
New York, NY 10019
gshargel@shargellaw.com
(212) 446-2323
(212) 446-2330 (fax)