**DOCKET NUMBER:** CR-11-340  **CRIMINAL CAUSE FOR** STATUS CONF / ~~CHANGE OF PLEA~~
**BEFORE JUDGE:** KORMAN  **DATE:** 4/18/2012  **TIME IN COURT** ___ HRS 45 MINS

**DEFT:** MOUSA KHOULI  **#1**  **ATTY:** GERALD SHARGEL
✓ pres.   ___ not pres.   ___ cust.   X bail                            RET.

**A.U.S.A.:** KARIN ORENSTEIN // CLAIRE KEDESHIAN   **Case Manager:** PaulaMarie Susi
**ESR** None   **INTERPRETER:** ___   **LANGUAGE:** ___

- ☐ Arraignment
- ☑ Change of Plea Hearing (~Util-Plea Entered)
- ☐ In Chambers Conference
- ☐ Pre Trial Conference
- ☐ Initial Appearance
- ☐ Status Conference
- ☐ Telephone Conference
- ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING ___
- ☐ Further Status Conference/hearing set for ___
  MOTIONS DUE ___ OPP BY ___ REPLY ___

**DEFT** ✓ SWORN (AFFIRMS) ___ ARRAIGNED ✓ INFORMED OF RIGHTS
✓ WAIVES TRIAL BEFORE DISTRICT COURT
✓ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. 6 + 8 OF THE (Superseding) INDICTMENT / ~~INFORMATION~~
✓ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ **DEFT REQUESTS RETURN OF PROPERTY** ___ **ORDER FILED.**
✓ SENTENCING SCHEDULED FOR: 9/14/12 @ 12pm.

## UTILITIES

- ☐ ~Util-Plea Entered
- ☐ ~Util-Add terminate Attorneys
- ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter
- ☐ ~Util-Indictment Un Sealed
- ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines
- ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings
- ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties
- ☐ ~Util-Set/Reset Hearings

**Speedy Trial Start:** ___  **Speedy Trial Stop:** ___  **CODE TYPE:** ___
**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   ☐ NO
**TEXT**
Plea Agreement marked Ct. Ex #1